# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159170 & (66)

JENNY NASYELLY PEREZ, Personal
Representative of the ESTATE OF AURA
ARGENTINA PEREZ, and RUBEN PEREZ,
      Plaintiffs-Appellees/
      Cross-Appellants,

v

HENRY FORD HEALTH SYSTEM,
      Defendant-Appellant/
      Cross-Appellee,

and

DANIEL MORRIS, M.D., DR. FRANK
McGEORGE, DR. OLESYA
KRIVOSPITSKAYA, DR. TAREK TOUBIA,
DR. MICHELLE SLEZAK, DR. GREGORY
HAYS, DR. HEATHER EVANSON, DR. E.
JENKINS BROWN, DR. DENISE LEUNG,
DR. LAURIE ROLLAND, VIVEK RAI,
M.D., DR. ANDREW RUSSMAN, DR.
SATHYAVANI RAMANUJAM, and
DR. ASHA SHAJAHAN,
      Defendants.
_____/

SC: 159170
COA: 340082
Wayne CC: 15-014697-NH

      On order of the Court, the application for leave to appeal the December 4, 2018 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



d0911

Clerk